# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    JOSEPH E SMITH  
    KARYNA SMITH  
        Debtor(s)

Case No. 10-33007

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/26/2010.

2) The plan was confirmed on 09/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 12/04/2012.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $26,111.43.

10) Amount of unsecured claims discharged without payment: $9,582.48.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $84,546.04 |
| Less amount refunded to debtor | $914.00 |

**NET RECEIPTS:** $83,632.04

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,596.98 |
| Other | $274.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,370.98

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC CREDIT & RECOVERY | Unsecured | NA | 151.70 | 151.70 | 151.70 | 0.00 |
| ALLSTATE | Unsecured | 87.26 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ASM CENTER FOR SLEEP MED | Unsecured | 108.50 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 272.29 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 251.48 | 251.48 | 251.48 | 251.48 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 197.77 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 401.41 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 660.31 | 1,012.25 | 1,012.25 | 1,012.25 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 491.84 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 461.45 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 96.10 | NA | NA | 0.00 | 0.00 |
| CONVENTIONS PSYCHIATRY | Unsecured | 1,937.50 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 238.56 | 345.69 | 345.69 | 345.69 | 0.00 |
| COSPORT | Unsecured | 245.60 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 1,301.22 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 2,018.18 | 2,048.46 | 2,048.46 | 2,048.46 | 0.00 |
| FOX VALLEY ORTHOPEDIC ASSOC | Unsecured | 28.70 | NA | NA | 0.00 | 0.00 |
| GENEVA HEARING SERVICES | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| HARVEST HILL CONDO ASSOC | Secured | 5,356.88 | 5,356.88 | 5,356.88 | 5,356.88 | 0.00 |
| HEALTH GUARD MEDICAL NETWOR | Unsecured | 80.80 | NA | NA | 0.00 | 0.00 |
| HEALTH GUARD MEDICAL NETWOR | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 372.76 | NA | NA | 0.00 | 0.00 |
| KATERJI PEDIATRIC NEUROLOGY | Unsecured | 30.40 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 252.43 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIV PHYSICIANS FOUNDT | Unsecured | 27.60 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 773.94 | 904.24 | 904.24 | 904.24 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 66.70 | 105.31 | 105.31 | 105.31 | 0.00 |
| NETZERO | Unsecured | 29.90 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 747.27 | 671.18 | 671.18 | 671.18 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 26.70 | 27.84 | 27.84 | 27.84 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEDIATRIC ANES ASSOC LTD | Unsecured | 76.76 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 76.60 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 409.24 | 409.24 | 409.24 | 409.24 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 321.60 | 377.37 | 377.37 | 377.37 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 19.70 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 277.38 | NA | NA | 0.00 | 0.00 |
| SMITH ORAL & MAXILLOFACIAL SUI | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN NEUROLOGY GROUP | Unsecured | 20.50 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 833.53 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 29.80 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 55.60 | NA | NA | 0.00 | 0.00 |
| US ENERGY SAVINGS GROUP | Unsecured | 558.58 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 31.60 | 326.90 | 326.90 | 326.90 | 0.00 |
| WALGREENS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 16,244.24 | 16,244.24 | 16,244.24 | 16,244.24 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 0.00 | 37,490.38 | 37,490.38 | 37,490.38 | 0.00 |
| WELLS FARGO OPERATIONS CENTEI | Secured | 0.00 | 7,020.90 | 7,020.90 | 7,020.90 | 0.00 |
| WELLS FARGO OPERATIONS CENTEI | Secured | 3,445.00 | 3,445.00 | 3,445.00 | 3,445.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 686.00 | 72.00 | 72.00 | 72.00 | 0.00 |
| ZAHIDA MUZAFFAR MD | Unsecured | 267.50 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $44,511.28 | $44,511.28 | $0.00 |
| Mortgage Arrearage | $19,689.24 | $19,689.24 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,356.88 | $5,356.88 | $0.00 |
| **TOTAL SECURED:** | **$69,557.40** | **$69,557.40** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$6,703.66** | **$6,703.66** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $7,370.98 |
| Disbursements to Creditors | $76,261.06 |
| **TOTAL DISBURSEMENTS** : | **$83,632.04** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/03/2013      By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**